UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CHARLES E. MOBLEY, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:06CV1566 JCH |
| ) | |
| CITY OF O'FALLON, MISSOURI, et al., ) | |
| ) | |
| Defendant(s). ) | |

## ORDER

This matter is before the Court on Plaintiff's Motion to Compel Testimony and Motion to Overrule Defendants' Objection, filed December 10, 2007. (Doc. No. 30). An identical motion was filed by Plaintiff Todd A. Criswell, in a case pending before Judge E. Richard Webber. (Cause No. 4:06CV1565 ERW, Doc. No. 30). Judge Webber held a hearing on Plaintiff Criswell's motion on January 8, 2008, and denied the motion in a Memorandum and Order entered January 29, 2008. (Id., Doc. No. 37). Upon consideration, this Court agrees with and adopts the reasoning of Judge Webber's January 29, 2008, Order.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Compel Testimony and Motion to Overrule Defendants' Objection (Doc. No. 30) is **DENIED**.

Dated this 31st day of January, 2008.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE